SO ORDERED: January 12, 2015.

Basil H. Lorch III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re ERIC AND CASSANDRA BUSHORN 14-91790

**ORDER**
The debtors moved) the Court, pursuant to 11 U.S.C. '722, for an order permitting the debtors to redeem an item of tangible personal property from a lien securing a dischargeable consumer debt.

1. The item of personal property involved is wedding rings, which is intended primarily for personal, family, or household use.

2. The debtors originally purchased the property in 2012 and the original purchase price was 3000.00

3. The debtors have not obtained an appraisal; and believe the fair market value of the property to be 200.00

4. The security interest of Helzberg Diamonds in the property is a dischargeable consumer debt.

**No objections having been received, the diamond ring is hereby redeemed from the lien of Helzberg Diamonds upon payment of 200.00**

###